UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>P. W., et al.,<br><br>   Defendants. | Case No. 16-cv-01468-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 31, 2016

_____
SUSAN ILLSTON
United States District Judge